UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN SANKS,

    Plaintiff,

v.

BOARD OF TRUSTEES, PLUMBERS AND
PIPEFITTERS LOCAL 553,

    Defendant.

Case No. 3:19-cv-00381-JPG-GCS

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

Plaintiff John Sanks—proceeding *pro se*—filed this action against his Union under the Employee Retirement Income Security Act (ERISA) for "payment of disability income benefits." (Am. Compl. ¶¶ 16–25.) The Union then moved to dismiss, arguing that the correct defendant is Sanks's pension plan—not the Union itself. 29 U.S.C. § 1132 (a)(1)(B); 29 U.S.C. § 1002(3). The Union filed that motion on May 9, 2019, and pursuant to Local Rule 7.1(c), Sanks's response was due 30 days later. But Sanks did not file a response—and when the Union's attorney emailed Sanks a courtesy copy of the motion as a reminder, Sanks replied with an extremely inappropriate email (ECF No. 24-1.) The Union has accordingly moved for sanctions, asking the Court to use its "inherent authority to manage judicial proceedings and to regulate the conduct of those appearing before it" and dismiss this case with prejudice. *Ramirez v. T&H Lemont, Inc.*, 845 F.3d 772, 776 (7th Cir. 2016). And now—60 days after the original motion to dismiss—Sanks has finally responded, (1) asking to amend his complaint to properly sue the pension plan, and (2) apologizing for his behavior, but claiming that his email was hacked.

The Court held a motion hearing on the matter on August 6, 2019. As discussed at that hearing, the Court **GRANTS** the defendant's motion to dismiss (ECF No. 17), but will also

1

**GRANT** Sanks leave to amend his complaint. His amended complaint is due by or on **September 5, 2019**. If he does not file a properly-amended complaint by that date, then the Court will dismiss this case without prejudice for Sanks's failure to sue the proper defendant.

The Court also **GRANTS** the defendant's motion for sanctions (ECF No. 23) and **FINES** Sanks in the amount of $100 for his outrageous and inappropriate conduct. That amount is payable to "Clerk U.S. District Court," shall be mailed to 301 West Main Street, Benton, IL 62812, and is due by or on **October 8, 2019**.

**IT IS SO ORDERED.**

**DATED: AUGUST 6, 2019**

                                                              _s/ J. Phil Gilbert_
                                                              **J. PHIL GILBERT**
                                                             **U.S. DISTRICT JUDGE**