IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN R SANKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 19-cv-381-GCS |
| ) | |
| BOARD OF TRUSTEES, PLUMBERS ) | |
| AND PIPEFITTERS LOCAL 553, ET AL, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL ACTION

**SISON, Magistrate Judge:**

**IT IS HEREBBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on August 27, 2020 (Doc. 50), Judgment is entered in favor of Defendant Board of Trustees, Plumbers and Pipefitters Local 553, Pension Plan, and against Plaintiff, John R. Sanks.

**IT IS SO ORDERED.**

DATED: August 28, 2020

MARGARET M. ROBERTIE, Clerk of Court
*s/ Dana Winkeler*
Deputy Clerk

Approved: *s/ Gilbert C. Sison*
Gilbert C. Sison, U.S. Magistrate Judge